JOHN J. POWERS (State Bar No. 145623)
BENJAMIN J. HOLL (State Bar No. 200630)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendant
HOUSTON CASUALTY COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OAKVILLE GROCERY COMPANY, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>HOUSTON CASUALTY COMPANY, a Texas Corporation; ABD INSURANCE & FINANCIAL SERVICES and DOES 1-100, inclusive,<br><br>Defendants. | Case No. C 06 4161 MJJ<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON MOTION FOR REMAND** |

WHEREAS, on May 5, 2006, Plaintiff Oakville Grocery Company, Inc. ("Oakville") filed an action, case number 26-33487, in the Superior Court of the State of California for the County of Napa ("Action") in which Houston Casualty Company ("HCC") was a named as a Defendant;

WHEREAS, on June 8, 2006, Oakville served its Summons and Complaint on HCC;

///

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

WHEREAS, on July 5, 2006, HCC timely removed the Action to this Court;

WHEREAS, on August 3, 2006, Oakville filed a Motion for Remand to State Court ("Motion");

WHEREAS, the hearing on the Motion is set for September 12, 2006;

WHEREAS, presently, the last day to file an Opposition to the Motion is August 22, 2006, and the last day to file a Reply in support of the Motion is August 29, 2006;

WHEREAS, Oakville and HCC desire to continue the hearing on the Motion to September 26, 2006 in order to permit counsel for Oakville and HCC an opportunity to meet and confer regarding the issues raised in the Motion;

WHEREAS, Oakville and HCC desire to continue the last day to file an Opposition to the Motion to September 5, 2006, and to continue the last day to file a Reply in support of the Motion to September 12, 2006;

IT IS HEREBY STIPULATED AND AGREED by and between Oakville and HCC that the hearing on the Motion should be continued to 9:30 a.m. on September 26, 2006, in Department 11, in front of Hon. Martin J. Jenkins. IT IS FURTHER STIPULATED that the last day to file an Opposition to the Motion should be September 5, 2006, and the last day to file a Reply in support of the Motion should be September 12, 2006.

SO STIPULATED

Dated: August 15, 2006

DRINKER BIDDLE & REATH LLP

BENJAMIN J. HOLL
Attorneys for Defendant
HOUSTON CASUALTY COMPANY

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\373929\2

1  Dated: August 15, 2006              SHERNOFF, BIDART & DARRAS, LLP
2
3                                      Steven Schuetz, for Ricardo Echeverria
                                       RICARDO ECHEVERRIA
4                                      ATTORNEYS FOR PLAINTIFF
                                       OAKVILLE GROCERY COMPANY
5

# ORDER

Pursuant to Stipulation, IT IS HEREBY ORDERED that the hearing on the Motion is continued to 9:30 a.m. on September 26, 2006, in Department 11. IT IS FURTHER ORDERED that the last day to file an Opposition to the Motion shall be September 5, 2006, and the last day to file a Reply in support of the Motion shall be September 12, 2006.

SO ORDERED.

Dated: August 15, 2006

_____
Hon. Martin J. Jenkins
United States District Court Judge

# CERTIFICATE OF SERVICE

I, CONNIE B. GUTIERREZ, declare that:

I am at least 18 years of age, and not a party to the above-entitled action. My business address is 50 Fremont Street, 20th Floor, San Francisco, California 94105, Telephone: (415) 591-7500.

On August 15, 2006, I caused to be served the following document(s):

## STIPULATION AND PROPOSED ORDER

by enclosing a true copy of (each of) said document(s) in (an) envelope(s), addressed as follows:

☑ **BY MAIL:** I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence is deposed with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed, and with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at San Francisco, California.

☐ **BY PERSONAL SERVICE:** I caused such envelopes to be delivered by a messenger service by hand to the address(es) listed below:

☐ **BY OVERNIGHT DELIVERY:** I enclosed a true copy of said document(s) in a Federal Express envelope, addressed as follows:

☐ **BY FACSIMILE:** I caused such documents to be transmitted by facsimile transmission and mail as indicated above.

| | |
|---|---|
| Michael J. Bidart, Esq.<br>Ricardo Echeverria, Esq.<br>SHERNOFF, BIDART & DARRAS, LLP<br>600 S. Indian Hill Boulevard<br>Claremont, CA 91711<br>Telephone: (909) 621-4935<br>Facsimile: (909) 625-6915<br>***Attorneys for Plaintiff*** | Bruce P. Loper, Esq.<br>LOMBARDI, LOPER & CONANT, LLP<br>1999 Harrison Street, Suite 2600<br>Oakland, CA 94612-3541<br>Telephone: (510) 433-2600<br>Facsimile: (510) 433-2699<br>***Attorneys for ABD Insurance and Financial Services*** |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on August 15, 2006 at San Francisco, California.

CONNIE B. GUTIERREZ

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\372804\1