JOHN J. POWERS (State Bar No. 145623)
BENJAMIN J. HOLL (State Bar No. 200630)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendant
HOUSTON CASUALTY COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OAKVILLE GROCERY COMPANY, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>HOUSTON CASUALTY COMPANY, a Texas Corporation; ABD INSURANCE & FINANCIAL SERVICES and DOES 1-100, inclusive,<br><br>Defendants. | Case No. C 06 4161 MJJ<br><br>**STIPULATION AND [PROPOSED] ORDER TO REMAND CASE TO STATE COURT** |

WHEREAS, on May 5, 2006, Plaintiff Oakville Grocery Company, Inc. ("Oakville") filed an action, case number 26-33487, in the Superior Court of the State of California for the County of Napa ("Action") in which Houston Casualty Company ("HCC") and ABD Insurance & Financial Services ("ABD") were named as Defendants;

WHEREAS, on July 5, 2006, HCC timely removed the Action to this Court;

WHEREAS, on August 3, 2006, Oakville filed a Motion for Remand to State Court ("Motion"); and,

///

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\374552\1

STIPULATION AND [PROPOSED] ORDER TO REMAND CASE TO STATE COURT
CASE NO. C 06 4161 MJJ

1   WHEREAS, counsel for Oakville, HCC and ABD have met and conferred, and
2   agree that the Action should be remanded to the Superior Court of California, County of
3   Napa.
4   IT IS HEREBY STIPULATED AND AGREED by and between Oakville, HCC
5   and ABD that the Action should be remanded to the Superior Court of California, County
6   of Napa, and that each party is to bear its own costs incurred on the Motion.
7   SO STIPULATED
8
9   Dated: September 6, 2006         DRINKER BIDDLE & REATH LLP
10
11
12                                   BENJAMIN J. HOLL
                                     Attorneys for Defendant
13                                   HOUSTON CASUALTY COMPANY
14
15  Dated: September 7, 2006         SHERNOFF, BIDART & DARRAS, LLP
16
17                                   _____
                                     RICARDO ECHEVERRIA
18                                   Attorneys for Plaintiff
                                     OAKVILLE GROCERY COMPANY
19
20  Dated: September ___, 2006       LOMBARDI, LOPER & CONANT, LLP
21
22
23                                   BRUCE LOPER
                                     Attorneys for Defendant
24                                   ABD INSURANCE & FINANCIAL
                                     SERVICES
25
26
27
28

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\374552\1

2
STIPULATION AND [PROPOSED] ORDER TO REMAND CASE TO STATE COURT
CASE NO. C 06 4161 MJJ

1  WHEREAS, counsel for Oakville, HCC and ABD have met and conferred, and
2  agree that the Action should be remanded to the Superior Court of California, County of
3  Napa.
4  IT IS HEREBY STIPULATED AND AGREED by and between Oakville, HCC
5  and ABD that the Action should be remanded to the Superior Court of California, County
6  of Napa, and that each party is to bear its own costs incurred on the Motion.
7  SO STIPULATED

Dated: September 6, 2006     DRINKER BIDDLE & REATH LLP

                             _____
                             BENJAMIN J. HOLL
                             Attorneys for Defendant
                             HOUSTON CASUALTY COMPANY

Dated: September 7, 2006     SHERNOFF, BIDART & DARRAS, LLP

                             _____
                             RICARDO ECHEVERRIA
                             Attorneys for Plaintiff
                             OAKVILLE GROCERY COMPANY

Dated: September 6, 2006     LOMBARDI, LOPER & CONANT, LLP

                             _____
                             BRUCE LOPER
                             Attorneys for Defendant
                             ABD INSURANCE & FINANCIAL
                             SERVICES

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\374552\1

2
STIPULATION AND [PROPOSED] ORDER TO REMAND CASE TO STATE COURT
CASE NO. C 06 4161 MJJ

**ORDER**

Pursuant to Stipulation, IT IS HEREBY ORDERED that the Action is remanded to the Superior Court of California, County of Napa. Each party is to bear its own costs incurred on the Motion.

SO ORDERED.

Dated: September 12, 2006

*/s/ Martin J. Jenkins*
Hon. Martin J. Jenkins
United States District Court Judge

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\374552\1

3

STIPULATION AND [PROPOSED] ORDER TO REMAND CASE TO STATE COURT
CASE NO. C 06 4161 MJJ